```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 27378
   ALFRED BELLINGER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6395

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/23/2004 and was confirmed 12/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
BANK ONE                   SECURED          12500.00      1327.73      12500.00
BANK ONE                   UNSEC W/INTER      664.00       102.30        664.00
LITTON LOAN SERVICING      CURRENT MORTG         .00          .00           .00
AMERICASH LOANS            UNSEC W/INTER     1065.54       164.10       1065.54
AMERICASH LOANS            NOTICE ONLY     NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSEC W/INTER     1200.00       185.32       1200.00
CITY OF CHICAGO            NOTICE ONLY     NOT FILED          .00           .00
CITY OF CHICAGO            NOTICE ONLY     NOT FILED          .00           .00
PREFERRED HYDE PARK PROP   UNSEC W/INTER     1346.43       207.58       1346.43
EMANUEL PROPERTY           NOTICE ONLY     NOT FILED          .00           .00
EMANUEL PROPERTY           NOTICE ONLY     NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      824.09       127.06        824.09
ZALUTSKY & PINSKI LTD      REIMBURSEMENT      194.00          .00         194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                      1,397.43
DEBTOR REFUND              REFUND                                          18.42

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 24,024.00

PRIORITY                                            194.00
SECURED                                          12,500.00
    INTEREST                                      1,327.73
UNSECURED                                         5,100.06
    INTEREST                                        786.36
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              1,397.43
DEBTOR REFUND                                        18.42
                                   ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 27378 ALFRED BELLINGER
```

```
TOTALS                                24,024.00           24,024.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 11/20/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```